# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHEL NASH,<br>    Plaintiff,<br><br>    v.<br><br>JO-ANN STORES, LLC,<br>    Defendant. | 2:24-cv-2222-DSF-SSCx<br><br>Order STRIKING Motion to Remand (Dkt. 10) |

    Plaintiff Richel Nash has moved to remand the case to state court. On April 3, 2024, Defendant filed a notice of an automatic stay of these proceedings pending the conclusion of Defendant's bankruptcy. Therefore, the hearing set for May 20, 2024 is removed from the Court's calendar, and the motion to remand is STRICKEN.

    IT IS SO ORDERED.

Date: May 14, 2024

                                                            _____
                                                             Dale S. Fischer
                                                              United States District Judge